United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 31, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-30936
Summary Calendar
_____

COURTNEE BROWN,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

Appeal from the United States District Court for
the Western District of Louisiana
(USDC No. 2:03-CV-826-PM-APW)

_____

Before REAVLEY, JOLLY, HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

The district court's decision is affirmed for the following reasons. First, the ALJ

was not required to obtain testimony from a medical advisor regarding Brown's

childhood disability claim. See Richardson v. Perales, 402 U.S. 389, 390 (1971).

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

Second, the ALJ;s residual functional capacity assessment is supported by substantial evidence. The ALJ's finding that Brown was able to perform medium work implied that Brown could also perform less demanding sedentary work. Also, Brown was able to attend college, sit in classes, and maintain a 19 hour course-load. Finally, the ALJ did not err in using the guidelines to assess Brown's ability to work. Brown does not allege that she suffers from any other non-exertional limitations besides pain stemming from her interstitial cystitis, and Brown's extensive activities support the ALJ's finding that her pain did not significantly limit her ability to work. AFFIRMED.